UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SYLINIA JACKSON, ON BEHALF OF : ECF CASE
HERSELF AND ALL OTHER PERSONS :
SIMILARLY SITUATED, :
: No.: 1:22-cv-06582
            Plaintiffs, :
:
     v. : **NOTICE OF VOLUNTARY**
: **DISMISSAL**
PAYNE CAPITAL MANAGEMENT, LLC, :
:
            Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     Plaintiff(s), SYLINIA JACKSON, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action with prejudice and without fees and costs against Defendant, PAYNE CAPITAL MANAGEMENT, LLC.

Dated: New York, New York
       January 26, 2023

**GOTTLIEB & ASSOCIATES**

s/Dana L. Gottlieb
Dana L. Gottlieb, Esq (DG-6151)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street
Suite PHR
150 East 18th Street
New York, New York 10003
(212)879-0240
Attorneys for Plaintiffs


SO ORDERED:

*/s/ Paul A. Engelmayer/*
United States District Court Judge

January 27, 2023